**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 25, 2011.**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

———————

## NO. 14-11-00691-CV

———————

**ANLOC, LLC, Appellant**

**V.**

**M & S EQUIPMENT, INC., Appellee**

**On Appeal from the 234th District Court
Harris County, Texas
Trial Court Cause No. 2010-79226**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a default judgment signed June 28, 2011. On October 17, 2011, appellant filed an unopposed motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. Appellant asserts that the trial court has granted its motion for new trial, rendering the issues in the appeal moot. The motion is granted.

Accordingly, the appeal is ordered dismissed.

PER CURIAM

Panel consists of Justices Frost, Seymore, and Jamison.